# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE E. WRIGHT and CAROLYNE R. WRIGHT, | Civil Action No. 1:18-cv-00003-LPL |
| Plaintiffs, | Magistrate Judge Lisa Pupo Lenihan |
| v. | |
| MEADEVILLE MEDICAL CENTER, et al | |
| Defendants. | |

## ORDER

Pursuant to 28 U.S.C. § 455, the undersigned must disqualify herself in this proceeding. Therefore,

**IT IS HEREBY ORDERED** this 4th day of January, 2018, that Lisa Pupo Lenihan, United States Magistrate Judge, recuses herself from all proceedings in this matter. The undersigned hereby requests that the Clerk of Court reassign this case.

BY THE COURT:

s/Lisa Pupo Lenihan
LISA PUPO LENIHAN
United States Magistrate Judge

cc:   Counsel of record.